**DISMISS; and Opinion Filed August 20, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00213-CV

## IN THE INTEREST OF M.K.J. III AND S.M.J., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-21425**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

The docketing statement and clerk's record in this case are past due. By postcard dated February 19, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

By letter dated July 3, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide written verification she had paid or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

190213F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF M.K.J. III AND
S.M.J., CHILDREN

No. 05-19-00213-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-11-21425.
Opinion delivered by Justice Osborne,
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 20th day of August, 2019.